UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Phillip Sullivan, Jr.

                Plaintiff,

– against –

Fox News Network, LLC,

                Defendant.

18 Civ. 05694 (JPO)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice. Each party shall bear its own legal fees and costs.

Dated: 01/11/19

LEE LITIGATION GROUP, PLLC

By: _____
C.K. Lee, Esq.
30 East 39th Street, 2nd Floor
New York, NY 10016
(212) 465-1188
*Attorneys for Plaintiff*

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
Dori Ann Hanswirth
250 West 55th Street
New York, NY 10019
(212) 836-8095
*Attorneys for Defendant*

So ordered.
January 14, 2019

_____
J. PAUL OETKEN
United States District Judge